UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number: 13-25650 ABA

Debtor: Ralph D. & Mary L. Carthan

| Check Number | Creditor | Amount |
|---|---|---|
| 1861525 | Ocwen Loan Servicing, LLC | 1955.62 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   October 8, 2014